OPINION — AG — **** RIGHTS — JUDGES — RETIREMENT SYSTEM BENEFITS **** THE WORD "RIGHTS" WITHIN H.B. 1542, 32ND OKLAHOMA LEGISLATURE, 2ND SESSION (1970), SECTION 9, DOES NOT OPERATE TO ENLARGE OR TO DIMINISH EITHER THE BENEFITS RECEIVED BY A JUSTICE OR JUDGE PARTICIPATING IN PUBLIC EMPLOYEES RETIREMENT SYSTEM OR THE CONTRIBUTION RATE ORIGINALLY ESTABLISHED BY THE BOARD OF TRUSTEES OF THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM. CITE: 74 O.S. 1969 Supp., 913 [74-913] (MARVIN E. SPEARS)